PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | Docket Number: CR-F-96-05113-001 REC |
| ) | |
| **MARK ANTHONY TARENCE** ) | |
| ) | |

On May 18, 1998, the above-named was placed on supervised release for a period of three years. Mark Anthony Tarence has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/ Melinda S. Peyret

**Melinda S. Peyret
Senior United States Probation Officer**

Dated:    May 31, 2006
              Fresno, California
              MSP:mb

**REVIEWED BY:**    /s/    Bruce Vasquez
                                **BRUCE A. VASQUEZ
                                Supervising United States Probation Officer**

Rev. 03/2005
PROB35.MRG

**Re: MARK ANTHONY TARENCE**
   **Docket Number:  CR-F-96-05113 001 REC**
   **ORDER TERMINATING SUPERVISED RELEASE**
   **PRIOR TO EXPIRATION DATE**

---

## ORDER OF COURT

It is ordered that the supervised releasee be discharged from supervised release, and that the proceedings in the case be terminated.

| | |
|---|---|
| June 15, 2006 | /s/ OLIVER W. WANGER |
| **Date** | **Oliver W. Wanger** |
| | **United States District Judge** |

MSP:mb
Attachment:   Recommendation
cc:   United States Attorney's Office
      FLU Unit,

Rev. 03/2005
PROB35.MRG